Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
CHARLOTTE, NC

FEB 20 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina, charlotte

32 Division
Iredell Statesville

Kiarrah Bennett

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Courtney Marlowe
Honorable

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 5:26-cv-39-MEO
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Kiarrah Bennett |
   | Street Address | 4921 fieldcrest dr |
   | City and County | Fayetteville Cumberland |
   | State and Zip Code | North Carolina 28303 |
   | Telephone Number | 2063087380 |
   | E-mail Address | Kiarrahsparks@icloud.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
Name: Courtney Marlowe
Job or Title (if known): District Court judge
Street Address: 203 Constitution Lane
City and County: Statesville Iredell
State and Zip Code: North Carolina 28625
Telephone Number: 7048326600
E-mail Address (if known): Na

Defendant No. 2
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 3
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Color of law
Misappropriation of state and federal funding
NCGSA 905.1
NC GSA803
Due process
Constitutional rights
Parental rights
NCGSA904
Discrimination
ADA section 504
Religious
First amendment
Fourth amendment
14th amendment

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation
The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

500,000.00

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The judge has repeatedly violated my rights as I have provided means of cost to and from that city. I've asked for the case to be moved and she refuses to do so as she knows it's a restraint on my funds of means of living.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Punitive relief for violating constitutional rights of families and not upholding the federal laws that have been in place. Actual relief for repayment of wage losses and for ADA section 504

500,000.00

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2·17·2026

Signature of Plaintiff

Printed Name of Plaintiff: Kiarrah Bennett

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Religious See attached

Parental rights from March 2025 until January 28, 2026, and ongoing I have my parental rights to all three of my minors, and she still refuses to acknowledge them. In court at 226 Stockton St., Statesville, NC 28625. May 2025., September 30, 2025. July 8, 2025. As I have the care custody healthcare of my children, and whenever I voiced them on these days, she ignores them.M

2. 2. Due process.

When I've asked the judge for the discovery or the court orders, she make a verbal acknowledges to doom and still do not enforce them in court I voiced this January 28, 2026. I voiced this May 2025.

3. NCGA 905.1.

The judge is in violation for this general statue because she has ordered me to take more classes, January 28, 2026 during the pregnancy planning here. And the general statue is states that I'm not supposed to take any additional classes that did not lead to the disposition of the children. Exception of a new adjudication, which has not been made.

4. NCGSA803.

The judge has been using her authority in discretion as she has the power of the courts to enforce orders upon my case, and the department of social services uses her to do so, and she goes along with it and does not tries to hear my evidence or resolve any of the issues that are ongoing on my side against the other party

5. NCGA 904.

The judge remove my children, November 21, 2025 without a hearing in 15 days later which in a general statue states that that's supposed to happen when we have went to court November 25, 2025 she continued the case and said that we were running out of time and she cannot hear my case and set the court case to be heard January 27, 2026. My kids were removed from two different foster homes and there was not a hearing set for them which violates this general statue I had said a court date to be heard on three general statues for her for December 16, 2025 and she made sure that another judge Hicks was in court to fill in for her and the judge has said that she cannot hear my matter

6. Constitutional rights.

I have a constitution to be heard on all of my hearings and the judge has made sure that September 30, 2025 I did not come to the courtroom. The reasoning she said was that the courtroom was too filled up but she had the other party be heard in July 2025. She did the same

thing and I had contacted them and told him that I want to continuance because I want to be hurt for the pregnancy planning because that's my right to do so and they still had the hearing without me

7 religious

Gareth Sparks and me are Islamic and we have worst our opinions of not having our children have immunizations and that the centers that they are at our force my kids to go to Christian churches this was voice to the judge January 28, 2026 and she did not uphold that and remain my kids at the foster center in order that my kids have immunizations

8. ADA section 504.

Under these North Carolina guidelines, the department of social services is supposed to accommodate disabled persons I have showed the course January 28, 2026 my disability I showed them the expenses. I have been using to come to and from social services and to the courts the judge still remain my visits in Statesville, even after telling her that it has been a financial strain on my living conditions I had submitted evidence showing that I asserted my rights with the department of social services and that they are to provide transportation, gas, vouchers, or bus tickets to me for these reasons of visitation or to court, and the judge did not uphold my ADA rights

9. 14th amendment.

I had told the judge that my kids were getting abused and mistreated at the centers that they were at January 28, 2026 and she ignored the request and said that they were to stay at the same place which violence there 14th amendment under safety

10. First amendment.

This is my right under speech and I have a right to record. The judge had ordered for me if I do visitations to not have my phone to record or take pictures of my kids which in North Carolina everybody is a mandatory reporter and I have multiple pictures and videos of these things and the judge went against that in order for me not to have my phone

11. Discrimination.

The church has discriminated multiple parties in the case January 28, 2026 of our religion. She has discriminated me against my race as I am African-American. Prejudicial treatment of only listening to the other parties request in the case.

12. Fourth amendment.

The judge had allowed DSS to obtain text messages in my phone and in January 28, 2026 when I had invoked my rights under searching seizure, I was not charged for the crime that warranted them to go through my text messages and I did not give them consent

13. Color of law.

Not allowing me to be hurt for my court hearing November 20th 2025, July 2025, September 30, 2025, November 25, 2025

14. Misappropriation of state and federal funding.

.Not upholding the law to uphold the department of social services to accommodate me as they are funded federally to do so January 28, 2026, removing my kids from in-home placement and taking them to foster care so that they can receive federal funding for my children and placing them in two different centers November 21, 2025 December 21, 2025 not returning the children home to me as the case plan has been fully completed and I've been compliant with the courts and the department of social services so that they can receive